UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN SCOTT VARNER,   )<br>                                                     )<br>            Petitioner,         )<br>v.                                                 )            No. 1:08-cv-343-SEB-TAB<br>                                                     )<br>WENDY KNIGHT, Superintendent, )<br>                                                     )<br>            Respondent.       ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 08/22/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Linda Sue Leonard
INDIANA STATE ATTORNEY GENERAL
Linda.Leonard@atg.in.gov

Kevin Scott Varner
DOC #906526
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168